JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PRIME HEALTHCARE SERVICES-GARDEN GROVE, LLC, a Delaware limited liability company doing business as GARDEN GROVE HOSPITAL MEDICAL CENTER,<br><br>Plaintiff,<br>v.<br><br>SCAN HEALTH PLAN, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:16-cv-01247-DFM<br><br>**JUDGMENT**<br><br>Complaint Filed: May 24, 2016<br><br>Hon. Douglas F. McCormick |

1  The Motion to Dismiss filed by SCAN Health Plan ("SCAN") regarding Plaintiff Prime Healthcare Services-Garden Grove ("Plaintiff") Complaint came before the Court for hearing on September 27, 2016 in Courtroom 6B of the above-entitled Court, the Honorable Douglas F. McCormick presiding.  Sepand Akhavanhaidary appeared on behalf of Plaintiff.  Peter Roan and Harsh P. Parikh of Crowell & Moring LLP appeared on behalf of SCAN.  Prior to the hearing, the Court issued a tentative order granting SCAN's Motion to Dismiss for lack of subject matter jurisdiction based on Plaintiff's failure to exhaust administrative remedies.  On September 27, 2016, the Court adopted its tentative order.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint against SCAN is dismissed without prejudice to Plaintiff's ability to pursue its Complaint after exhausting the Medicare Act's administrative remedies.  The Court hereby enters final judgment for SCAN.

Dated: October 13, 2016

Hon. Douglas F. McCormick
United States Magistrate Judge